**SO ORDERED.**

**SIGNED this 21st day of August, 2009.**



_____
**LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
Western District of Texas
San Antonio Division**

| | |
|---|---|
| IN RE: **C.P.W.H. Residential, Ltd. and C.P.W.H. Residential, Ltd.** , Debtor(s) | Case No.: 02–53514–lmc |

**ORDER AUTHORIZING PAYMENT
OF A DIVIDEND UNCLAIMED FUNDS**

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

    NAME:     Ryan Companies US Inc
    ADDRESS:  c/o JM Partners LLC, Agent for Ryan Companies
                    PO Box 29940
                    Richmond, VA 23242–0940

Claimant, for payment of a dividend from unclaimed funds in the amount of $7766.25. It appearing to the Court that the said claimant is entitled to receive payment of the dividend in the amount stated above, and

  that said funds now on deposit in the United States Treasure, and that notice of the Application was given to the United States Attorney

It is **ORDERED** that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

*Verification of Funds dated:08/18/2009 by Finance Dept.*
                                              ###